## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Higinio Mora

<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 23-11529 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BankUnited N.A. and index same on the master mailing list.

Respectfully submitted,

*/s/Michael Farrington*

Michael Farrington
30 May 2023, 15:51:30, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322