## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Higinio Mora                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11529 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

     Respectfully submitted,

     /s/ *Michael Farrington*

     Michael Farrington
     02 Jun 2023, 11:10:13, EDT

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322