UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CHAPTER 13

HIGINIO MORA
    Debtor[s]
                                                                CASE NO. 23-11529

ORDER EXTENDING TIME TO FILE CASE DOCUMENTS

It is hereby ordered that the Debtor's Motion for an Extension is granted. All schedules and statements must be filed on or before **June 20, 2023**.

Dated: 6/9/23

                        By the Court:

                        *Patricia M. Mayer*
                        ..................................................................
                        Patricia Mayer, US Bankruptcy Judge