| Fill in this information to identify your case | | | |
|---|---|---|---|
| Debtor 1 | HIGINIO | | MORA |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (spouse if filing | First Name | Middle Name | Last Name |
| US Bankrupty Court for the | Eastern | District of | Pennsylvania |
| Case number  23-11529 | | | |
| (if known) | | | |

[ ] Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

In each category, separately list and describe items. List an asset only once. If sn asset fits more than one cstegory, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If 2 marrie people are filing together, both are equally responsible for supplying correct informatrion. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name & case number (if known). Answer every question.

## Part 1    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest  in

1. Do you own or ahave any legal or equitable interst in any residence, building, lane or similar property?

[ ] No    Go to Part 2.

[ xx] Yes    Where is the property?

Do not deduct seucred claims or exemptions

### 1.1
2412 S Carbon St
Allentown PA 18109

**What is the property?** Check all that apply
[xx] Single family home {X}
[] Condominium or cooperative
[] Manufactured or mobile home
[] Land
[] Timeshare
[] Other

**Who has an interest?**
[x] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 debtor & another

County>    LEHIGH

| Current value of entire property | Current value of portion you own |
|---|---|
| $   270,000 | $   270,000 |

**Describe the nature of yur ownership interest (e.g. fee simple, etc if known**
fee simple    debtor
[] Check if this is community party

Other formation you wih to add about this item, such as local property identification no.   ..............

### 1.2
245 E Susquehann St
Allentown PA 18109
0

**What is the property?** Check all that apply
[] Single family home
[X] ROW HOME
[] Condominium or cooperative
[] Manufactured or mobile home
0 [] Land
[] Timeshare
0 [] Other

**Who has an interest?**
[] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 debtor & another

Do not deduct seucred claims or exemptions

| entire property | portion you own |
|---|---|
| $   195,000 | $   195,000 |

**Describe the nature of yur ownership interest (e.g. fee simple, etc if known**
fee simple    debor
[] Check if this is community party

Other formation you wih to add about this item, such as local property identification no.   ..............

HIGINIO                              MORA                          23-11529

1.3

Do not deduct seucred claims or exemptions

1922 S  Hall St      **What is the property?** Check all that apply

| entire property | portion you own |
|---|---|
| $    215,000 | $    215,000 |

Allenwotn PA 18109  [] Single family home

[x] ROW HOME

**Describe the nature of yur ownership**

[] Condominium or cooperative

**interest (e.g. fee simple, etc if known**

[] Manufactured or mobile home

fee simple        debtor

0  [] Land            **Who has an interest?**

[] Check if this is community party

[] Timeshare      [] Debtor 1 only

0  [] Other          [] Debtor 2 only

[] Debtor 1 & Debtor 2 only

[] At least 1 debtor & another

**Other formation you wih to add about this item, such as local property**

**identification no.**    ..............

---

Do not deduct seucred claims or exemptions

1.4

**What is the property?** Check all that apply

| entire property | portion you own |
|---|---|
| $    205,000 | $    205,000 |

1926 S Hall St

[] Single family home

Allentown PA 18109

[x] ROW HOME

**Describe the nature of yur ownership**

[] Condominium or cooperative

**interest (e.g. fee simple, etc if known**

[] Manufactured or mobile home

fee simple        debtor

[] Land            **Who has an interest?**

[] Check if this is community party

[] Timeshare      [] Debtor 1 only

[] Other          [] Debtor 2 only

[] Debtor 1 & Debtor 2 only

[] At least 1 debtor & another

**Other formation you wih to add about this item, such as local property**

**identification no.**    ..............

---

Do not deduct seucred claims or exemptions

1.5

**What is the property?** Check all that apply

| entire property | portion you own |
|---|---|
| $    213,000 | $    213,000 |

1953 S Hall St

[] Single family home

Allentown PA 18109  [x] ROW HOME

**Describe the nature of yur ownership**

[] Condominium or cooperative

**interest (e.g. fee simple, etc if known**

[] Manufactured or mobile home

fee simple        debtor

[] Land            **Who has an interest?**

[] Check if this is community party

[] Timeshare      [] Debtor 1 only

[] Other          [] Debtor 2 only

[] Debtor 1 & Debtor 2 only

[] At least 1 debtor & another

**Other formation you wih to add about this item, such as local property**

**identification no.**    ..............

1.6

Do not deduct seucred claims or exemptions

2319 S Lumber St **What is the property?** Check all that apply

Allentown PA 18109 **[x] Single family home**

[] Condominium or cooperative

[] Manufactured or mobile home

| | entire property | | portion you own |
|---|---|---|---|
| | $ 259,000 | $ | 259,000 |

**Describe the nature of yur ownership interest (e.g. fee simple, etc if known**

| [] Land | **Who has an interest?** |
|---|---|
| [] Timeshare | [] Debtor 1 only |
| [] Other | [] Debtor 2 only |
| | [] Debtor 1 & Debtor 2 only |
| | [] At least 1 debtor & another |

fee simple      debtor

[] Check if this is community party

---

| Part 2 | **Describe Your Vehicles** |
|---|---|

..............

**Do you own, lease, or have legal orequitable interest in any vehicles, whether they arergistered or not?**

you own that someone else drives. If you lease a vehicle, also report in on SCHEDULE G, Executory Contrsacts & Unexpired Leases.

**3 Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

[] No
[x] Yes   Yes

3.1

| Make: Ford | **Who has an interest?** | Do not deduct seucred claims or exemptions |
|---|---|---|
| Model: Escape | **[x] Debtor 1 only** | |
| Year:      2013 | [] Debtor 2 only | |
| Approx. mileage: | [] Debtor 1 & Debtor 2 only | |
| Other Information: | [] At least 1 debtor & another | |
| | [] Check if this is community party | |

| entire property | | portion you own | |
|---|---|---|---|
| $ | 6,000 | $ | 1 |

HIGINIO                    MORA                    23-11529

4..    **Watercraft, aircraft, motor home, ATVs and other recreational vehicles, other vehicles & accessories**
Example :Boats, trailers, motors, personal watercraft, fishingvessels, snowmobiles, motorcycle accessories
[xx]    No
[]    Yes

4.1

| | Who has an interest? | Do not deduct seucred claims or exemptions | |
|---|---|---|---|
| Make: | | entire property | portion you own |
| Model: | [] Debtor 1 only | | |
| Year: | [] Debtor 2 only | $ - | $ - |
| Other Information: | [] Debtor 1 & Debtor 2 only | | |
| | [] At least 1 debtor & another | | |

5..    Add the dollar value of the portion you own fror all of your entries from part 2, including any entries for pages
you have attached forPart 2. Write the number here.                    >> $    6,000  <<

## Part 3    Describe Your Personal & Household Items

| | Current value of portion you own |
|---|---|
| Do you own or have any legal or equitable interest in any of the following items? | |

6    Household goods & furnishings                    $    2,824.00
    *Examples:*        Major appliances, furniture, linens, china, kitchenware
    [] No
    [] Yes. Describe    ....                    See Continuation sheet

7    Electronics                    $    -
    *Examples:*        TV & radios, audio, video, stereo, and digital equipment, computers, printers, scanners
    music collections, electronic devices including cell phones, cameras media players, games
    [] No
    [] Yes. Describe    ....                    See Continuation sheet

HIGINIO                    MORA                    23-11529

8    Collections of value                    $    -
    *Examples*        Antiques, figurines, paintings, prints orotherartwork, books, pictures or other art objects
            stamp, coinr or baseball card collections, other collecdtions, memorabilia, collectibles
    [xx] NO
    [] Yes. Describe

9    Equipment for sports & hobbies                    $    -
    *Examples*        Sports, photographic, exercise, & other hobby equipment, bicycles, pool tables, golf clubs,
            skis, canoes & kayaks; carpentry tools, musical instruments
    [xx] NO
    [] Yes. Describe

10    Firearms                    $    300.00

| | | | |
|---|---|---|---|
| | *Examples* | Pistols, rifles, shotguns, ammunition & related equipment | |
| | [] | | |
| | [x] Yes. Describe | Glock 9 mm | |

| 11 | Clothes | | $        200.00 |
|---|---|---|---|
| | *Examples:* | Everyday clothes, furs, leather coats, designer wear, shoes, accessories | |
| | [] Yes. Describe | Wardrobe | |

| 12 | Jewelry | | $            - |
|---|---|---|---|
| | *Examples:* | Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems | |
| | [] No | | |
| | [x] Yes. Describe | Wrist watch | $        100.00 |

| 13 | Non-farm animals | | $            - |
|---|---|---|---|
| | *Examples:* | Dogs, cats, birds, horses | |
| | [] No | | |
| | [x] Yes. Describe | Cavalier Poodle            (Maui) | $100 |

14  Any other personal & household items you did not already list, including health aids you did n $        -
[xx] NO
[] Yes. Describe

15  Add the dollar value of the portion you own for all of your entries from part 3 , including any entries for pages
you have attached for Part 3. Write the number here.

>> $     3,524.00  <<

HIGINIO                          MORA                          23-11529

**Part 4    Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following:**

| 16 | Cash | | |
|---|---|---|---|
| | *Example:* | Money you have in your wallet, in your home, in a safe deposit box, and on hand when | |
| | [x] NO | you filed your petition. | |
| | [] Yes | | $            - |

| 17 | Deposits of money | | |
|---|---|---|---|
| | *Example:* | Checking, savings or other financial accounts; certificats of deposit, shares in credit | |
| | [] No | unions, brokerage houses and similar institutions. If you have multiple accounts with the | |
| | [] Yes | same institution, list each.              .... | $            - |
| | | Wells Fargo      See SOFA      checking | $     1,000.00 |

| | | | | |
|---|---|---|---:|---:|
| Wells Fargo | | savings | $ | 500.00 |
| Bank of America | | C D | $ | 1,500.00 |
| Bank of America | | checking | $ | 800.00 |
| | | ... | $ | - |
| | | .... | $ | - |
| | | ... | $ | - |

18   Bonds, mutual funds, or publicly traded stocks

*Example:*      Bond funds, investment accounts with brokerage firms, money market  accounts

[x] No

[] Yes                                                             $         -

19   Non-publcly traded stock and interests in incorporated & unincorporated businesses,
including an interestin an LLC, partnership or joint venture

| | | | % of ownership | | |
|---|---|---|---|---|---|
| [xx] No | *Name of entity* | | | | |
| [] Yes. Give specific | ..... | | 0% | $ | - |
| information about the | ..... | | 0% | $ | - |
| | ..... | | 0% | $ | - |

20   Government & corporate bonds & other non-negotiable instruments.

[xx] No

| | | | | |
|---|---|---|---|---|
| [] Yes. Give specific | *Issuer name* | | | |
| information about the | .............. | | $ | - |
| | ............. | | $ | - |
| | ............ | | $ | - |

HIGINIO           -           MORA                    23-11529

21   Retirement or pension accounts

**[x] NO**

| | *Type of Account* | *Institution Name* | | | |
|---|---|---|---|---|---:|
| [] Yes. List each | 401[k] or similar | Fidelity | Excluded | $ | 54,000.00 |
| Account separately | Pension plan | ... | | $ | - |
| | IRA | ... | | $ | - |
| | Retirement account | ... | | $ | - |
| | Keogh | ... | | $ | - |
| | Additional account | ... | | $ | - |
| | Additional account | ... | | $ | - |

22   Security deposits and prepayments

**[x] NO**

[] Yes ………….                         *Institution or individual*

| | | |
|---|---|---|
| Electric | $ | - |
| Gas | $ | - |
| Heating oil | $ | - |
| Secuirity deposit on rental unit | $ | - |
| Prepaid rent | $ | - |
| Telephone | $ | - |
| Water | $ | - |
| Rented furniture | $ | - |
| Other | $ | - |

23  Annuities

**[x] NO**          *Issuer name & description*

[] Yes …………

| | | |
|---|---|---|
| … | $ | - |
| … | $ | - |
| … | $ | - |

24  Interest in an education IRA, in an account qualified ABLE program, or under a state tuition program
26 USC Sec 530(b)(1), 529A(b) & 529(b)(1)

**{X} NO**

[] Yes ………….    Instituiton name & description. Separately file the records of any interests. 11 USC Sec 521[c]

| | | |
|---|---|---|
| … | $ | - |
| … | $ | - |
| … | $ | - |

25  Trusts, equitable or future interests in property (other than anythinglisted in line 1),
& rights & powers exercisable for your benefit

**[x] NO**

[] Yes. Give specific
information                                                                                    $        -

HIGINIO                         MORA                    23-11529

26  Patents, copyrights, trademarks, trade secrets & other intellectual property

*Examples*        Internet domain names, websites, proceeds from royalties & licensing agreements

**[x] NO**

[] Yes. Give specific
information                                                                                    $        -

27  Licenses, franchises & other intangibles

*Examples*        Building permits. Exclusive licenses, coop association holdings, liquor licenses,

**[x] NO**          professional licenses

[] Yes. Give specific
information                                                                                    $        -

**Money or property owed to you?**

Current value of
the portion you own

28   Tax refunds owed to you

**[x] NO**

[] Yes. Give specific
information, including
whether you filed the
returns & the years

Federal  $          -
State  $          -
Local  $          -

29   Family support

*Examples*   Past due or lump sum alimony, spousal support, child support, maintenance, divorce

**[x] NO**   entitlement, property settlement

[] Yes. Give
specific information

Alimony            $          -
Maintenance        $          -
Support            $          -
Divorce entitlement  $          -
Property settlement  $          -

30   Other amounts someone owes you

*Examples*   Unpaid wages, disability insurance payments, disability benefits, si k pay, vacation pay

**[x] NO**   workers' compensation, Social Security benefits, unpaisloans you made tosomeone else.

[] Yes. Give
specific information

$          -

31   Interests in insurance policies

*Examples*   Health, disability or life insurance; health savings aaccount (HAS) credit, homeowner's

[] No   or renter's insurance.

**[xx] Yes. Give**   *Company name*                   *Beneficiary*           *Surrender or refund value*
specific information   Penn Mutual                     Yidalia Santana          $   8,000.00
                     National Life Group             Yidalia Santana          $  13,000.00
                     ...                             ...                      $          -

<u>HIGINIO</u>                 -        <u>MORA</u>              <u>23-11529</u>

32   Any interest in property that is due you from someonw who has died

*Examples*   If you are the beneficiary of a living trust, expect proceeds from an insurance

**[x] NO**   policy, or are currently entitoe to receive proeprty because someone has died.

[] Yes. Give
specific information

$          -

33   Claims against 3rd parties, whether or not you have filed a lawsuit or made a demand for payment.

*Examples*   Accidents, employment disputes, insurance claims or right to sue

**[x] NO**

[] Yes. Describe

each claim                                                                              $        -

34    Other contingent & unliquidated claims of evrey nature, including conterclaims of the
      debtor & rights to set off claims
      **[x] NO**
      [] Yes. Describe                                                                    $        -

35    Any financial assets you did not already list
      **[x] NO**
      [] Yes. Describe                                                                    $        -

36    Add the dollar value of the portion you own for all of your entries from part 4, including any entries for pages
      you have attached forPart 4. Write the number here.

                                                                        >> **$78,800.00** <<

## Part 5    Describe any Business-Related Property  You Own or Have an Interest in. List any Real Estate in Part 1

37    Do you own or have any legal or equitable interst in any business-related property?
                        Go to Part 6.          **See Schedule A/B**
      [x]YES            Go toLine 38
                                                                            Current value of
                                                                            the portion you own

38    Accounts receivable or commissions that you have already earned.
      **[x] NO**
      [ ] Yes. Describe                                                                   $        -

39    Office equipment, furnishings & supplies.
      **[x] NO**
      [ ] Yes. Describe                                                                   $        -

40    Machinery, fixtures, equipment, supplies you use in business & tools of your trade
      **[x] NO**
      [ ] Yes. Describe                                                                   $        -


      <u>HIGINIO</u>           -            <u>MORA</u>            <u>23-11529</u>

41    Inventory
      **[x] NO**
      [ ] Yes. Describe                                                                   $        -

42    Interests in partnerships & joint ventures
      **[x] NO**
      [ ] Yes. Describe      *Name of Entity*                    *% of Ownership*
                             ...                                     0%       $        -
                             ...                                     0%       $        -

...                                               0%      $         -

43    Customer lists, mailing lists, oer other compilations
      **[x] NO**
      [ ] Yes. Describe                                      $         -

44    Any business-related property youe did not alreay list
      ...                                                    $         -
      ...                                                    $         -
      NONE                                                   $         -
      ...                                                    $         -
      ...                                                    $         -
      ...                                                    $         -

45    Add the dollar value of the portion you own for all of your entries from part 5, including any entries for pages
      you have attached forPart 5. Write the number here.

                                                        >> | $    -   | <<

---

**Part 6**   **Describe Any Farm - and Commercial Fishing-Related Propety You Own or Have an Interest In**

46    Do you own or have any legal orequitable interestin any farm- or commercial fishing-related property?
      **[x] NO**         Go to Part 7.
      [] Yes             Go to Line 47

47    Farm animals
      *Examples*        Livestock, poulty, farm-raised fish
      [] No
      [] Yes                                                 $         -

48    Crops --either growing or harvested
      [] No
      [ ] Yes. Describe                                      $         -

49    Farm & fishing equipment, implements, machinery, fixtures & tools of trade
      [] No
      [ ] Yes. Describe                                      $         -
      HIGINIO                    MORA              23-11529

50    Farm & fishing supplies, chemicals & feed
      [] No
      [ ] Yes. Describe                                      $         -

51    Any farm-and commercial fishing-related property you did not already list
      [] No
      [ ] Yes. Describe                                      $         -

52  Add the dollar value of the portion you own for all of your entries from part 5, including any entries for pages
you have attached for Part 5. Write the number here.

>> **$**        -        <<

## Part 7  Describe All Property You Own or Have an Interest in That You Did Not List Above

53   *Examples*        Season tickets, country club memberships
     **[x] NO**                                                                    $        -
     [] Yes                                                                         $        -
                                                                                    $        -

54   Add the dollar value of all your entries from Part 7. Write that number here.>>      | $        -  |<<

## Part 8  List the Totals of Each Part of this Form

| 55 | Part 1 | Total real estate | Line 2 | | | $ | - |
|----|--------|-------------------|--------|---|---|---|---|
| 62 | Part 2 | Total vehicles | Line 5 | $ | 6,000.00 | | |
| 63 | Part 3 | Total personal & household items | Line 15 | $ | 3,524.00 | | |
| 58 | Part 4 | Total financial assets | Line 36 | $ | 78,800.00 | | |
| 59 | Part 5 | Total business-related assets | Line 45 | $ | - | | |
| 60 | Part 6 | Total farm & fishing related assets | Line 52 | $ | - | | |
| 61 | Part 7 | Total other property not listed | Line 54 | $ | - | | |
| 55 | Total personal property | | | $ | 88,324.00 | $ | 88,324.00 |

>> | $  88,324.00 |<<

Schedule a-b continuation sheet household goods

NAME         HIGINIO MORA     23-11529

| ITEM | | None | No. | Avg Retail | Resale | Value Ea. | Premium or Discount | Value of Item Type |
|---|---|---|---|---|---|---|---|---|
| **Living Room** | Sofas | | 1 | $ 475.00 | $ 47.50 | $ 200.00 | $ - | $200 |
| | Love Seats | | 1 | $ 475.00 | $ 47.50 | $ 100.00 | $ - | $100 |
| | Chairs | | 1 | $ 100.00 | $ 10.00 | $ 50.00 | $ - | $50 |
| | Tables | | 1 | $ 85.00 | $ 8.50 | $ 25.00 | $ - | $25 |
| Lamps and lighting fixtures | | | 1 | $ 50.00 | $ 5.00 | $ 20.00 | $ - | $20 |
| | Clocks | X | 0 | $ - | $ - | $ 5.00 | $ - | $0 |
| Entertainment Center | | | 1 | $ 475.00 | $ 47.50 | $ 50.00 | $ - | $50 |
| | Shelves | | 1 | $ 100.00 | $ 10.00 | $ 55.00 | $ - | $55 |
| Other Living Room Items | | | 1 | $ 475.00 | $ 47.50 | $ 50.00 | $ - | $50 |
| **Dining Room:** | | | | | | | | |
| | Table | | 1 | $ 475.00 | $ 47.50 | $ 220.00 | $ - | $220 |
| | Chairs | | 6 | $ 125.00 | $ 12.50 | $ 10.00 | $ - | $60 |
| China and Glassware Cabinets | | | 1 | $ 300.00 | $ 30.00 | $ 71.50 | $ - | $72 |
| Lamps and lighting fixtures | | X | 0 | $ - | $ - | $ - | $ - | $0 |
| Dishes, Number of Sets | | | 1 | $ 100.00 | $ 10.00 | $ 55.00 | $ - | $55 |
| Silverware, number of sets | | X | 0 | $ - | $ - | $ - | $ - | $0 |
| Glassware, number of sets | | | 1 | $ 475.00 | $ 47.50 | $ 22.00 | $ - | $22 |
| | Table Linen | | 1 | $ 100.00 | $ 10.00 | $ 10.00 | $ - | $10 |
| Other Dining Room Items | | X | 0 | $ - | $ - | $ - | $ - | $0 |
| **Kitchen** | Table & chair set | | 1 | $ 190.00 | $ 19.00 | $ 104.50 | $ - | $105 |
| | Stove | X | 0 | $ - | $ - | $ - | $ - | $0 |
| | Microwave | | 1 | $ 100.00 | $ 10.00 | $ 55.00 | $ - | $55 |
| | Refrigerator | X | 0 | $ - | $ - | $ - | $ - | $0 |
| Stand-alone Freezer[s] | | X | 0 | $ - | $ - | $ - | $ - | $0 |
| Hand held appliances | | X | 0 | $ - | $ - | $ - | $ - | $0 |
| | Pots and pans | | 9 | $ 10.00 | $ 1.00 | $ 5.50 | $ - | $50 |
| Lamps and lighting fixtures | | | 2 | $ 50.00 | $ 5.00 | $ 20.00 | $ - | $40 |
| | Clocks | | 1 | $ 25.00 | $ 2.50 | $ 10.00 | $ - | $10 |
| **TV's Stereos, Other Consumer Electronics** | | | | | | | | |
| | TV Sets | | 1 | $ 3,000.00 | $ 300.00 | $ 2,000.00 | $ - | $2,000 |
| | VCR sets | | 1 | $ 99.00 | $ 9.90 | $ 74.25 | $ - | $74 |
| | DVD sets | | 1 | $ 199.00 | $ 19.90 | $ 74.25 | $ - | $74 |
| | Stereos | | 1 | $ 299.00 | $ 29.90 | $ 99.00 | $ - | $99 |
| Video Cameras | | | 1 | $ 699.00 | $ 69.90 | $ 275.00 | $ - | $275 |
| Home Computers Systems | | | 1 | $ 699.00 | $ 69.90 | $ 384.45 | $ - | $384 |
| | Monitors | | 1 | $ 199.00 | $ 19.90 | $ 52.25 | $ - | $52 |
| | Printers | X | 0 | $ - | $ - | $ - | $ - | $0 |
| External Modems | | X | 0 | $ - | $ - | $ - | $ - | $0 |
| Software and games | | | 1 | $ 250.00 | $ 25.00 | $ 55.00 | $ - | $55 |
| **Master Bedroom** | | | | | | | | |
| | Bed | | 1 | $ 299.00 | $ 29.90 | $ 100.00 | $ - | $100 |
| Number of dressers | | | 2 | $ 199.00 | $ 19.90 | $ 100.00 | $ - | $200 |
| Number of Side tables | | | 2 | $ 59.99 | $ 6.00 | $ 20.00 | $ - | $40 |
| Bedroom Lamps | | | 1 | $ 24.99 | $ 2.50 | $ 10.00 | $ - | $10 |
| | Clocks | | 1 | $ 29.99 | $ 3.00 | $ 10.00 | $ - | $10 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mirror | | 1 | $ | 100.00 | $ | 10.00 | $ | 55.00 | $ | - | $55 |

**Other Bedrooms**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Number of Beds | | 2 | $ | 299.00 | $ | 29.90 | $ | 164.45 | $ | - | $329 |
| Number of dressers | | 2 | $ | 199.00 | $ | 19.90 | $ | 109.45 | $ | - | $219 |
| Number of Side tables | | 2 | $ | 59.99 | $ | 6.00 | $ | 32.99 | $ | - | $66 |
| Bedroom Lamps | | 2 | $ | 24.99 | $ | 2.50 | $ | 13.74 | $ | - | $27 |
| Clocks | | 2 | $ | 29.99 | $ | 3.00 | $ | 16.49 | $ | - | $33 |
| Linens | | 2 | $ | 199.99 | $ | 20.00 | $ | 109.99 | $ | - | $220 |

**Workshop & Utility Items**       Power

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tools | | 1 | $ | 50.00 | $ | 5.00 | $ | 27.50 | $ | - | $28 |
| Hand Tools | | 1 | $ | 50.00 | $ | 5.00 | $ | 27.50 | $ | - | $28 |
| Power Mowers | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Other Outdoor Power Tools | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Other Outdoor Hand Tools | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Washer | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Dryer | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Water Softener | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Vacuum & Cleaning Equipment | | 1 | $ | 39.00 | $ | 3.90 | $ | 21.45 | $ | - | $21 |

**Outdoor Furnishings and Items**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Outdoor Furniture | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Outdoor Cooking Grill | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Fuel and Utensils | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| Other Outdoor items | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| **Other Household Goods** | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| **Other Household Goods** | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |
| **Other Household Goods** | X | 0 | $ | - | $ | - | $ | - | $ | - | $0 |

$0

Subtotal Continuation Sheet ITEM B-4                                    $ 5,647

Entireties half interest………….           $2,823.70

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |

| Debtor 1 | Higinio | | Mora |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania ▼

Case number    23-11529
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____    ✗ _____

Signature of Debtor 1                           Signature of Debtor 2

Date 06/17/2023                                  Date _____
    MM / DD / YYYY                                     MM / DD / YYYY

| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| Debtor 1 | HIGINIO | | MORA | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (spouse if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the | | Eastern | < District of > | Pennsylvania |
| Case number | 23-11529 | | | |

[ ] Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   .12/15

Be as complete & accurate as possible. If 2 married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name & case number (if known).

## 1. Do any creditors have claims secured by your property?

[ ] No   Check the box and submit this form to ht ecourt with your other schedules. You have nothing else to report on this form.

{ ] Yes   Fill out all of the informtaion below.

**Part 1:**   List All Secured Claims

## 2. List all secured claims.

If a creditor has mor than 1 secured claim list the creditor separately for each claim. If more than 1 creditor has a particular claim, list the other creditors in part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | Amount of claim | Value of collateral | Unsecured |
| | | | Do not deduct the | that supports | portion |
| | | | value of collateral | this claim | if any |
| 2.1 | PENNYMAC BANK  2412 S Carbon St. Primary Res | | $ 116,086.00 | $ 195,000.00 | $ - |

Attn Bankruptcy Mge
PO BOX 814387
Los Angeles CA 90051

As of the date you file, the claim is: Check all that apply

**Who owes the debt? Check one**
[ ] Contingent

{X} Debtor 1 only
[] Unliquidated

[] Debtor 2 only
[] Disputed

[] Debtor 1 & Debtor 2 only
**Nature of lien. Check all that apply**

[] At least 1 of the debtors & another
[] An agreement you made (such as mortgage or secured car loan

[] Check if this claim is for a community debt
[] Statutory lien (such as tax lien, mechanic's lien

Date debt was incurred   10/17/2012
[] Judgment lien from a lawsuit

[] Other (including a right to offset

Last four digits of account number   0-0-0-0

| 2.2 | Carrington Mortgage   2319 S Lumber St | $ 112,000.00 | $ - | $ - |
|---|---|---|---|---|

Attn: Caitlin Donnelly Esq
Sheriff sale stayed
KML Law Group
701 Market St Suite 5000
Philadelphia PA 19106

As of the date you file, the claim is: Check all that apply

[ ] Contingent

[] Unliquidated

[x] Debtor 1 only
[] Disputed

[] Debtor 2 only
**Nature of lien. Check all that apply**

[] Debtor 1 & Debtor 2 only
[] An agreement you made (such as mortgage or secured car loan

[] At least 1 of the debtors & another
[] Statutory lien (such as tax lien, mechanic's lien

[] Check if this claim is for a community debt
[] Judgment lien from a lawsuit

Date debt was incurred   11/2/2018
[] Other (including a right to offset

Last four digits of account number   0-0-0-0

Add the dollar value of entries in Column A on this page. Write that here.        $   228,086.00

|  |  | Claim | Collateral Value | Unsecured |
|---|---|---|---|---|
| 2.3 MIDWEST LOANS   1922 S Hall Street | | $  67,415.00 | $ 205,000.00 | $           - |

Attn;, Bankruptcy Mgr
P O Box 209
Hancock MI 49930

As of the date you file, the claim is: Check all that apply

**Who owes the debt? Check one**
[ ] Contingent

[ xx ] Debtor 1 only
[] Unliquidated

[] Debtor 2 only
[] Disputed

[] Debtor 1 & Debtor 2 only
**Nature of lien. Check all that apply**

[] At least 1 of the debtors & another
[] An agreement you made (such as mortgage or secured car loan

[] Check if this claim is for a community debt
[] Statutory lien (such as tax lien, mechanic's lien

Date debt was incurred                7/21/2016
[] Judgment lien from a lawsuit

[] Other (including a right to offset

Last four digits of account number          0-0-0-0

|  |  | Claim | Collateral Value | Unsecured |
|---|---|---|---|---|
| 2.4 MIDWEST LOANS | 1926 S Hall Street  $ | 52,270.00 | $ 205,000.00 | $           - |

Attn;, Bankruptcy Mgr
P O Box 209
Hancock MI 49930

As of the date you file, the claim is: Check all that apply

**Who owes the debt? Check one**
[ ] Contingent

[ xx ] Debtor 1 only
[] Unliquidated

[] Debtor 2 only
[] Disputed

[] Debtor 1 & Debtor 2 only
**Nature of lien. Check all that apply**

[] At least 1 of the debtors & another
[] An agreement you made (such as mortgage or secured car loan

[] Check if this claim is for a community debt
[] Statutory lien (such as tax lien, mechanic's lien

Date debt was incurred                12/2/2014
[] Judgment lien from a lawsuit

[] Other (including a right to offset

Last four digits of account number          0-0-0-0

|  |  | Claim | Collateral Value | Unsecured |
|---|---|---|---|---|
| 2.5 MIDWEST LOANS   1953 S Hall St | | $  78,840.00 | $ 213,000.00 | $           - |

Attn;, Bankruptcy Mgr
P O Box 209
Hancock MI 49930

As of the date you file, the claim is: Check all that apply

**Who owes the debt? Check one**
[ ] Contingent

[ xx ] Debtor 1 only
[] Unliquidated

[] Debtor 2 only
[] Disputed

[] Debtor 1 & Debtor 2 only
**Nature of lien. Check all that apply**

[] At least 1 of the debtors & another
[] An agreement you made (such as mortgage or secured car loan

[] Check if this claim is for a community debt
[] Statutory lien (such as tax lien, mechanic's lien

Date debt was incurred                5/25/2017
[] Judgment lien from a lawsuit

[] Other (including a right to offset

Last four digits of account number          0-0-0-0

**First Heritage Financial LLC**          NOTICE ONLY
**Attn LOGS Legal Group LLP**
**3600 Horizon Drive Suite 150**
**King of Prussia PA 19406**

**Page total**          $     131,110.00

**Schedule D total**   $     359,196.00

Fill in this information to identify your case

| Debtor 1 | HIGINIO | | MORA | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (spouse if filir | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for | | Eastern | < District of > | Pennsylvania |
| Case numbe 23-11529 | | | | |
| (if known) | | | | |

[] Check if this is an
amended filing

Official Form 101E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15.**

Be as complete and accuraate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditorswith NONPRIORITY clain List the otherparty to any executory contracts or unexpired leases that could result in a claim.Also list executory contracts on Schedule A/B, Property (Oficial Form 106A/B, ans on Schedule G9/24/2020 Executory Cvontracts & Unexpired Leases, (Official Form 106G). Do not creditors with partially secured claims that are listed in ScheduleD: Creditors Who Have Claimes Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top any additional pages, write your name and case number (if known).

Part 1:   List All of Your PRIORITY Unsecured Claims.

1.. [xx] No. Go to Part 2
[] Yes

2.. **List All of Your PRIORITY Unsecured Clair** If a creditor has more than one priority unsecured claim, list the creditor separate for each claim. For each claim listed, itentity what type of claim it is. If a claim has both priority & nonpriority amounts, list that claim here and show both prioirty and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two proprit unsecured claims, fill out the Continuation Page of Part 1. If fmore than one creditor holds a particular claim, list the other creditors in Part 3.

| | | | Total Claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 **Internal Revenue Service** | Last 4 digist of a/c # | 0 $ - | $ - | $ - | |
| **Special Procedures Mgr** | NOTICE ONLY | | | | |
| **600 Arch St** | When was the debt incurred? | | | | |
| **Philadelphia PA 191(** | As of the date you file, the claim is: Check all that apply | | | | |
| | [ ] Contingent | | | | |
| [ ] Debtor 1 only | [] Unliquidated | | | | |
| [] Debtor 2 only | [] Disputed | | | | |
| [] Debtor 1 & Debtor 2 only | NOTICE ONLY | | | | |
| [] At least 1 of the debtors & another | [] Domestic support | | | | |
| [] Check if this claim is for a community debt | [xxx] Taxes & other debts you owe the gov't | | | | |
| Is the claim subject to offset? | [] Claims for death or personal injury while | | | | |
| [] No | you were intoxicated | | | | |
| [] Yes | [] Other: specify | | | | |

2,2  **Lehigh County Tax Claim Bureau**
**Attn: Director**
**17 S 7th St**                    NOTICE ONLY
**Allentown PA 18101**

| | Total Claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.3 **City of Allentown** | 2500 | | |
| **Attn.: Tax Collector** | Domestic support | | |
| **455 Hamilton St** | [xxx] Taxes & other debts you owe the gov't | | |
| **Allentown PA 18101** | Claims for death or personal injury while | | |

HIGINIO          _          MORA          23-11529

**List All of Your NONPRIORIY Unsecured Claims**

3 Do any creditors have nonpriority unsecuredclaims against you?
  [] No                 You have nothing to report in this part. Submit this form to the cour with your other schedules.
  identify what type of claim it is. Do not list claims already

4 List ll of your nonpriority unsecured cliams in the alphabeticla order of the creidotr who holds each claim.
  If a creditor has more than one nonpriority unsecuredclaim, list the creditor separately for each claim. For each claim listed
  identify what tye of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular
  claim, list the other creditors in Part 3. If you havemore than 3 nonpriority unsecured claims, fill out the Continuation Page of F

Total Claim

**4.1 HOME DEPOT**

| | Last 4 digist of a/c # | 0 | 4 | $ 3,584.00 |

**Attn: James Granberry**
**26000 Cannon Road**
**Cleveland Ohio 44146**

When was claim incurred?          2018..

As of the date you file, the claim is: Check all that apply

[ ] Contingent

Who incurred the debt? Check one.     [] Unliquidated

[ xx] Debtor 1 only                  [] Disputed          Type of NONPROIRITY
[] Debtor 2 only                                          [] Student loans
[] Debtor 1 & Debtor 2 only                              [] Obligations arising out of a separation agrezement or
[] At least 1 of the debtors & another                   divorce that you did not report as priority claims
[] Check if this claim is for a community debt            [] Debts to pension or prothit charing plans or similare debt
Is the claim subject to offset?                          [] Other, specify:
[] No              [] Yes                                 ...

---

**4.3 Discover Card**

| | Last 4 digist of a/c # | 0 | 4 | $ 12,000.00 |

**Attn.: V. P. Bankruptcy**
**P.O.Box 6103**
**Carol Stream IL 60197**

When was claim incurred?          1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent

Who incurred the debt? Check one.     [] Unliquidated

[xx ] Debtor 1 only                  [] Disputed
[] Debtor 2 only                     Type of NONPROIRITY
[] Debtor 1 & Debtor 2 only                              [] Student loans
[] At least 1 of the debtors & another                   [] Obligations arising out of a separation agrezement or
[] Check if this claim is for a community debt            divorce that you did not report as priority claims
Is the claim subject to offset?                          [] Debts to pension or prothit charing plans or similare debt
[] No              [] Yes                                 [] Other, specify: ...

---

**4.4 J P MORGAN CHASE VISA**

| | Last 4 digist of a/c # | 0 | 4 | $ 5,000.00 |

**Attn.: Bankruptcy Manager**
**PO BOX 6294**
**Carol Stream IL 60197**

When was claim incurred?          1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent

Who incurred the debt? Check one.     [] Unliquidated

[x] Debtir 1 only                    [] Disputed
[] Debtor 2 only                     Type of NONPROIRITY
[] Debtor 1 & Debtor 2 only                              [] Student loans
[] At least 1 of the debtors & another                   [] Obligations arising out of a separation agrezement or
[] Check if this claim is for a community debt            divorce that you did not report as priority claims
Is the claim subject to offset?                          [] Debts to pension or prothit charing plans or similare debt
[] No              [] Yes                                 [] Other, specify: ...

| HIGINIO        MORA | 23--1529 | | | |

**4.5 CITI FINANCIAL VISA**

| | | | | |
|---|---|---|---|---|
| **Attn.: Bankruptcy Manager** | Last 4 digist of a/c # | 0 | 4 | $ 1,500.00 |
| **PO BOX 9001037** | When was claim incurred? | | 1/1/2002 | |
| **Louisville KY 40290** | As of the date you file, the claim is: Check all that apply | | | |
| Who incurred the debt? Check one. | [ ] Contingent | | | |
| | [] Unliquidated | | | |

[xx ] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

[] Disputed          Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or
divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debt:
[] Other, specify:
...

**4.6 AMERICAN EXPRESS**

| | | | | |
|---|---|---|---|---|
| **Attn.: bankruptcy Mgr** | Last 4 digist of a/c # | 0 | 4 | $ 1,500.00 |
| **PO BOX 96001** | When was claim incurred? | | 1/1/2002 | |
| **Los Angeles CA 90095-8000** | As of the date you file, the claim is: Check all that apply | | | |
| Who incurred the debt? Check one. | [ ] Contingent | | | |
| | [] Unliquidated | | | |

[x ] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

[] Disputed          Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or
divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debt:
[] Other, specify:
...

**4.7 State Farm Cardmember Services**

| | | | | |
|---|---|---|---|---|
| | Last 4 digist of a/c # | 0 | 4 | $ 1,500.00 |
| **Attn,: Bankruptcy Manager** | When was claim incurred? | | 1/1/2002 | |
| **PO Box 790408** | As of the date you file, the claim is: Check all that apply | | | |
| **St Louis MO 63179** | [ ] Contingent | | | |
| Who incurred the debt? Check one. | [] Unliquidated | | | |

[x] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

[] Disputed          Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or
divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debt:
[] Other, specify:
...

**4.8 CAPITAL ONE**

| | | | | |
|---|---|---|---|---|
| Attn: Bankruptcy Mgr | Last 4 digist of a/c # | 0 | 4 | $ 2,500.00 |
| PO Box 30285 | When was claim incurred? | | 1/1/2002 | |
| Salt Lake Cirty UT 84130-0285 | As of the date you file, the claim is: Check all that apply | | | |
| Who incurred the debt? Check one. | [ ] Contingent | | | |
| | [] Unliquidated | | | |

[ xx] Debtor 1 only
[] Debtor 2 only

[] Disputed          Type of NONPROIRITY
[] Student loans

[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify: …

**4.9 Wells Fargo Discover**

**Attn.: V. P. Bankruptcy**

**P.O.Box 6103**

**Carol Stream IL 60197**

Who incurred the debt? Check one.

[xx ] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

| Last 4 digit of a/c # | 0 | 4 | $ 7,980.00 |

When was claim incurred?          1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent
[] Unliquidated
[] Disputed
Type of NONPROIRITY

[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify: …

| HIGINIO | MORA | 23-11529 |

**4.10 WELLS FARGO VISA**

**Attn.: V. P. Bankruptcy**

**P.O.Box 6103**

**Carol Stream IL 60197**

Who incurred the debt? Check one.

[ XX] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

| Last 4 digit of a/c # | 0 | 4 | $ 19,000.00 |

When was claim incurred?          1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent
[] Unliquidated
[] Disputed          Type of NONPROIRITY

[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify:
…

**4.11 US BANK**

**Attn.: V. P. Bankruptcy**

**P O BOX 790408**

**ST Louis MO 63179-0408**

Who incurred the debt? Check one.

[xx ] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No
[] Yes

| Last 4 digit of a/c # | 0 | 4 | $ 2,500.00 |

When was claim incurred?          1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent
[] Unliquidated
[] Disputed
Type of NONPROIRITY

[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify: …

[] Yes

HIGINIO    -    MORA          23-11529

## Part 3    List others to Be Notified About a Debt That You Already Listed

**First Heritage Financial LLC**
**Attn LOGS Legal Group LLP**
**3600 Horizon Dr** Line
**King of Prussia PA 19406**

0

Name

---

HIGINIO    -    MORA          23-11529

## Part 4    Add the Amounts for Each Type of Unsecured Claim

| | | | |
|---|---|---|---|
| Total | 6a. Domestic support obligations | 6a | 0 |
| claims | 6b. Taxes and certain other debts you owe | | |
| from | the government | 6b | 2500 |
| Part 1 | 6c. Claims for death or personal injury while | | |
| | you were intoxicated | 6c | 0 |
| | 6d. Other.Add all ortther priority unsecured claims. | | |
| | Write that amount here. | 6d + | 0 |
| | 6e. Total. Add lines 6a throuhg 6d | 6e | 2500 |

| Total | 6f. Student loans | 6f | 0 |
| claims | 6g. Obligations arising out of a separation | | |
| from | agreement ordivorce that you did not list as | | |
| Part 2 | priority | 6g | 0 |
| | 6h. Debts to pension or profit sharing plans & | | |
| | other similar debts. | 6h | 0 |
| | 6i. Other. Add all other nonproirity unsecured | | |
| | claims.  Write that amount here. | 6i + | 57064 |
| | | | |
| | 6j.  Total. Add lines 6f throuhg 6i | 6j | 57064 |

Fill in this information to identify your case:

| Debtor | HIGINIO | | MORA |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known)    23-11529

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Hyundai Finance & Leasing<br>Name<br>Attn Finance Manager, 75 State Avenue<br>Number      Street<br>Emmaus            PA        18049<br>City                        State    ZIP Code | HYUNDAI AUTOMOBILE LEASE |
| **2.2** <br>Name<br><br>Number      Street<br><br>City                        State    ZIP Code | |
| **2.3** <br>Name<br><br>Number      Street<br><br>City                        State    ZIP Code | |
| **2.4** <br>Name<br><br>Number      Street<br><br>City                        State    ZIP Code | |
| **2.5** <br>Name<br><br>Number      Street<br><br>City                        State    ZIP Code | |

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | HIGINIO MORA |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania ▾ |
| Case number (If known) | 23-11529 |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☑ No

    ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☐ No. Go to line 3.

    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No

    ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number        Street

    _____
    City                        State                ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** | |
| Name _____ | ☐ Schedule D, line _____ |
| Number        Street _____ | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| City                State        ZIP Code | |
| **3.2** | |
| Name _____ | ☐ Schedule D, line _____ |
| Number        Street _____ | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| City                State        ZIP Code | |
| **3.3** | |
| Name _____ | ☐ Schedule D, line _____ |
| Number        Street _____ | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| City                State        ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Higinio | | Mora |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    23-11529
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____     ✗ _____
Signature of Debtor 1              Signature of Debtor 2

Date  06/17/2023                   Date _____
MM / DD / YYYY                     MM / DD / YYYY