Prior to this statement I have received     ....   ....   .. ....   ....   .. ....   ....   ..   ....   ....   .. $3,000.00

Balance due     None

2   The source of the compensation paid to me was:        Debtor              $3,000.00

3   The source of the compensation to be paid to me was:   Debtor      N/A

4   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.

5   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  . Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  Other:     Amendments to plan, if needed.

6   By agreement with the debtor(s), the above-disclosed fee does not include the following Services:   NONE. Fee is all-inclusive.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Signed >   ../s/..David..F..Dunn.....          PA ID 10284

David Dunn Law
401 Brookfield Circle
Macungie PA 18062
     Tel:     484-649-6932
dunncourtpapers@uigzone.com