UNITED STATES BANKRUPTCY COURT
EASTERN    DISTRICT OF    PENNSYLVANIA

In re:    HIGINIO MORA                                                  Case No    23-11529
Debtor                                                                  Chapter    13

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services I have agreed to accept ................................ $ 2,600.00
   Deposit for filing fee and counsling ........................................ $   400.00
   Prior to this statement I have received ..................................... $ 3,000.00
   Balance due ............................................................................. None

2. The source of the compensation paid to me was:    Debtor    $ 3,000.00
3. The source of the compensation to be paid to me was:    Debtor    N/A
4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.
5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. . Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Other:    Amendments to plan, if needed.
6. By agreement with the debtor(s), the above-disclosed fee does not include the following Services:    NONE. Fee is all-inclusive.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Signed >    ../s/..David..F..Dunn.....    PA ID 10284
David Dunn Law
401 Brookfield Circle
Macungie PA 18062
        Tel:    484-649-6932
dunncourtpapers@uigzone.com