**Fill in this information to identify your case**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | HIGINIO | | MORA | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (spouse if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the | Eastern | District of | Pennsylvania | [ ] Check if this is an amended filing |
| Case number | 23-11529 | | | |

[] ☐ A supplement showing postpetition chapter 13 income as of the following date:
00/00/0000

## Official Form 106I
# Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, & your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information

If you havemor than 1 job, attach a separate page

Include part-time, student & homemaker if applicable

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| | [xx] Employed | [] Employed |
| | [] Unemployed | [] Unemployed |
| Occupation | Print lead | ............................. |
| Employer's Name | R R Donnelly | ............................. |
| Employer's Address | 700 Nestsle Way | ............................. |
| | Breinigsville PA 18031 | ............................. |
| | ............................. | ............................. |
| How long employed: | 18 years | ............................. |

### Part 2: Give Details about Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated

| | | |
|---|---|---|
| 2. If not paid monthly, calculate what the monthly wage would be | $ 4,579.47 | $   - |
| 3. Estimate and list monthly overtime pay | $ 858.65 | $   - |
| 4. Calculate gross income. Add line 2 + line 3. | $ 5,438.12 | $   - |

Official Form 106I                Your Income                Page    1

HIGINIO                    MORA                    Case Number > 23-11529

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Copy Line 4 here >>>>>>>>>>> 4.. | $ 5,438.12 | $ - |

**5. List all payroll deductions**

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | $ 902.77 | $ - |
| 5b. Mandatory contributions for retirement plans | $ - | $ - |
| 5c. Voluntary contributions for retirement plans | $ - | $ 5.00 |
| 5d. Required repayments of retirement fund loans | $ - | $ 8.00 |
| 5e. Insurance | $ - | $ 9.00 |
| 5f. Domestic support obligations | $ - | $ 4.00 |
| 5g. Union dues | $ - | $ 6.00 |
| 5h. Other deductions. Specify    401k loan | $ 307.13 | $ 6.00 |
| **6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | $ 1,209.90 | $ 38.00 |
| **7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | $ 4,228.22 | $ (38.00) |

**8. List all other income regularly received:**

8a. Net income from rental property and from operating a business, profession, or farm
Attach a separate schedule for each property showing gorss receipts necessary espenses
and total net monthly income           8a  $ 8,400.00          $ -

8b. Interest and dividends               8b  $ -                $ -

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive      8c  $ -    $ -

8d. Unemployment compensation            8d  $ -                $ -

8e. Social Security                      8e  $ -                $ -

f. Other government assistance that you regularly receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify….    ys contribution             8f  $ 3,000.00         $ -

8g. Pension or retirement income         8g  $ -                $ -

8h    Less delinquent rental income  *See Continuation Sheet*   8h  $ (4,500.00)   $ -

**9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9   $ 6,900.00    $ -

**10** Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10  $ 11,128.22    $ -    $ 11,128.22

**11.** State all other regular contributions to the expenses that you list in Schedule J

Include contributiosn from an unmarried partner, member of your household, your dependents, your roomates & other friends or relatives

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J
Specify _____    11  $ -

**12.** Add the amount an the last column of line 10 to the aount in line 11. This reault is the combined monthly income
Write that amount in the Summary of Your Assets & Liabilities and Certain Statistical Information if it applies    12  $ 11,128.22

Official Form 106I                    Your Income                    Page    2

| Fill in this information to identify your case | | | |
|---|---|---|---|
| Debtor 1 | HIGINIO | | MORA |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (spouse if filing) | First Name | Middle Name | Last Name |
| US Bankruptcy Court | Eastern | < District of > | Pennsylvania |
| Case number | 23-11529 | | |

[ ] Check if this is an amended filing

[ ] A supplement showing postpetition chapter 13 expenses as of the following date:     1/1/2002

## Official Form 106J
# Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1. Is this a joint case?**

    [xx] No  Go to line 2.

    [] Yes . Does Debtor 2 live in a separate household?

        [] No

        [] Yes  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

| | | Dependent's Relationship to | | Does dependent |
|---|---|---|---|---|
| [] No | Fill out this information | debtor 1 or debtor 2 | Age | live with you? |
| [xxx] Yes | for each dependent | | | |

Do not list debtor 1 or debtor 2

| Dependent | Age | Lives with you? |
|---|---|---|
| | | [] No |
| ys | 36 | [x] Yes |
| | | [] No |
| cm | 19 | [] Yes |
| | | [] No |
| ym | 17 | [x] Yes |
| am | | [] No |
| am | 7 | [] Yes |
| | | [] No |
| am twin | 7 | [x] Yes |

Do not state dependents' names

expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box a

**3. Do your expenses include expenses of people other than yourself and your dependents?**    [xx] No    [] Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4..  $1,216.00

    If not included in line 4:

    4a Real Estate Taxes    4a  $ 208.00

    4b. Property, homeowner's, or renter's insurance    4b  $ 108.33

    4c. Home maintenance, repair, and upkeep expenses    4c  $ -

    4d. Homeowner's association or condominium dues    4d  $ -

| Debtor 1 | HIGINIO | MORA | Case Number> | 23-11529 |

Your expenses

| | |
|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5 $ - |
| 6. Utilities: | |
| 6a. Electricity, heat, natural gas | 6a $ 350.00 |
| 6b. Water, sewer, garbage collection | 6b $ - |
| 6c. Telephone, cell phone, internet, satellite & cable services | 6c $ 120.00 |
| 6d. Other. Specify …………….. | 6d $ - |
| 7 Food & housekeeping supplies | 7 $1,213.00 |
| 8 Childcare & children's education costs | 8 $ - |
| 9 Clothing, laundry & dry cleaning | 9 $ 250.00 |
| 10 peraonal care products & services | 10 $ 95.00 |
| 11 Medical & dental expenses | 11 $ 300.00 |
| 12 Transportation. Include gas, maintenance, bus or train fare | |
| Do not include car payments | 12 $ 600.00 |
| 13 Entertainmentclubs, recreation, newspapers, magazines & books | 13 $ - |
| 14 Charitable contributions & eligious donations | 14 $ - |
| 15 Insurance. Do not incldue ins deducted from your pay or include in lines 4 or 20 | |
| 15a. Life insurance | $ - |
| 15b. Health insurance | $ - |
| 15c. Vehicle insurance      teenage driver | $ 750.00 |
| 15d. Other insurance. Specify …… | $ - |
| 16 Taxes. Do not incldue ins deducted from your pay or include in lines 4 or 20 | |
| specify ………… | 16 $ - |
| 17 Installment orlease payments | |
| 17a. Car payments for Vehicle 1      Lease | 17a $ 395.00 |
| 17b. Car payments for Vehicle 2 | 17b $ - |
| 17c. Other. Specify … | 17c $ - |
| 17d. Other. Specify … | 17d $ - |
| 18 Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18 $ - |
| 19 Other payments you make to support others who do not live with you. | |
| Specify _____ | 19 $ - |
| 20 Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| 20a. Mortgages on other property | 20a $3,369.00 |
| 20b. Real estate taxes | 20b $1,132.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c $ 350.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d $ - |
| 20e. Homeowner's association or condominium dues | 20e $ - |

Official Form 106J         Your Expenses         Page        2

| | | |
|---|---|---|
| 21 Other    Specify _____ | 21 | 0 |

22 Calculate your monthly expenses
  22a. Add lines 4 through 21.                                                          22a  $ 10,456.33
  22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b  $      -
  22c. Add line 22a and 22b. The result is your monthly expenses.                       22c  $ 10,456.33

23 Calculate your monthly net income
  23a. Copy line 12 (your combined monthly income) from Schedule I.                     23a  $ 11,128.22
  23b. Copy your monthly expenses from line 22c above.                                  23b  $ 10,456.33

  23c. Subtract your monthly expenses from your monthly income.                         23c  $ 671.88
  The result is your monthly net income.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Higinio | | Mora |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 23-11529
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Higinio Mora                              X _____
Signature of Debtor 1                           Signature of Debtor 2

Date 06/21/2023                                 Date _____
    MM / DD / YYYY                                   MM / DD / YYYY

---

Official Form 106Dec                 Declaration About an Individual Debtor's Schedules

Mora 23-11529 CONTINUATION SHEET   Schedul I-J

| Address | 2412 S Carbon Street | 245 E Susquehanna St 18103 | 1922 S Hall 18103 | 1926 S Hall St 18103 | 1953 S Hall St 18103 | 2319 S Lumber St 18103 in foreclosure | LINE TOTALS |
|---|---|---|---|---|---|---|---|
| Loan held by | Pennymac | Paid off | Midwest loans | Midwest Loans | Midwest Loan | Carrington | |
| Mge Payoff | $116,086.00 | $ - | $67,415.00 | $52,270.00 | $66,963.30 | $112,000.00 | |
| Mortgage | $1,203.00 | $ - | $948.93 | $554.00 | $661.39 | $1,205.00 | |
| Mge 2 | $ - | $ - | $ - | $ - | $ - | $ - | |
| Utilities | $350.00 | $ - | $ - | $ - | $ - | $ - | |
| Insurance | $100.00 | $66.67 | $66.67 | $66.67 | $66.67 | $75.00 | |
| Taxes | $ - | $208.33 | $208.33 | $208.33 | $208.33 | $300.00 | |
| R & M | $ - | $ - | $ - | $ - | $ - | $ - | |
| Licenses | $ - | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | |
| TOTAL COST | $1,653.00 | $286.00 | $1,234.93 | $840.00 | $947.39 | $1,591.00 | $4,899.32 |
| Revenue | | $1,700.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,900.00 | $8,400.00 |
| Delinquent | | $4,100.00 | $4,800.00 | $ - | $4,400.00 | $1,700.00 | |
| Property is delinquent total | | $(3,814.00) | $(3,565.07) | $840.00 | $(3,452.61) | $(109.00) | $3,500.68 |

Nominal Monthly Rental Income without Delinquency>>>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ZILLOW AS OF | 6/1/2023 | $195,000.00 | $215,000.00 | $205,000.00 | $213,000.00 | $259,000.00 | $1,087,000.00 |
| PAYOFF | | $ - | $67,415.00 | $52,270.00 | $66,963.30 | $112,000.00 | |
| TRANSFER TAX AT 1% | | $1,950.00 | $2,150.00 | $2,050.00 | $2,130.00 | $2,590.00 | |
| Realtor at 6% | | $11,700.00 | $12,900.00 | $12,300.00 | $12,780.00 | $15,540.00 | |
| Conveyancing | | $1,000.00 | $1,001.00 | $1,002.00 | $1,003.00 | $1,004.00 | |
| Total deductions | | $14,650.00 | $83,466.00 | $67,622.00 | $82,876.30 | $131,134.00 | $379,748.30 |
| NET ON SALE | | $180,350.00 | $131,534.00 | $137,378.00 | $130,123.70 | $127,866.00 | $707,251.70 |

MORA    23-11529    CONTINUATION SHEET    Schedul I-J

Rental analysis    6 months delinquent received

| | | | | | |
|---|---|---|---|---|---|
| $ 10,200.00 | $ 9,600.00 | $ 9,600.00 | $ 9,600.00 | $ 11,400.00 | $ 50,400.00 | $ 100,800.00 |
| $ 4,100.00 | $ 4,800.00 | $ - | $ 4,400.00 | $ 1,700.00 | $ 15,000.00 | $ 30,000.00 |
| $ 6,100.00 | $ 4,800.00 | $ 9,600.00 | $ 5,200.00 | $ 9,700.00 | $ 35,400.00 | $ 70,800.00 |
| | | | | 6 mo costs | $ 29,395.92 | $ 58,791.84 |
| | | | | | $ 6,004.08 | $ 12,008.16 |
| | | | | 6 mo depr | $ 13,587.50 | $ 46,783.68 |
| | | | | 12 mo depr | $ 27,175.000 | |