IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Higinio Mora<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-11529-pmm |
| Midwest Loan Services as servicer for FIRST HERITAGE FINANCIAL LLC<br>    Movant.<br>v.<br>Higinio Mora<br>    Debtor/Respondent,<br>Scott Waterman, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), FIRST HERITAGE FINANCIAL LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                                                                                                 Respectfully submitted,

Dated: July 14, 2023                                         BY:*/s/ Christopher A. DeNardo*
                                                                                 Christopher A. DeNardo 78447
                                                                                 LOGS Legal Group LLP
                                                                                 3600 Horizon Drive, Suite 150
                                                                                 King of Prussia, PA 19406
                                                                                 (610) 278-6800
                                                                                 logsecf@logs.com

LLG File #: 22-066953

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Higinio Mora<br>    Debtor,<br><br>Midwest Loan Services as servicer for FIRST HERITAGE FINANCIAL LLC<br>    Movant.<br>v.<br><br>Higinio Mora<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-11529-pmm<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 14th day of July, 2023:

Higinio Mora
2412 S Carbon Street
Allentown, PA 18103

David F. Dunn, Esquire
21 South 9th Street
Allentown, PA 18102
dunncourtpapers@choiceonemail.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF


    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com