UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Higinio Mora<br>     Debtors<br><br>_____<br>FIRST HERITAGE FINANCIAL LLC,<br>     Movant,<br>v.<br><br>Higinio Mora,<br>  Respondent/Debtors,<br>and<br>Scott Waterman, Trustee,<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>23-11529-pmm |

**OBJECTION OF FIRST HERITAGE FINANCIAL LLC TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

FIRST HERITAGE FINANCIAL LLC, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1.      On or about May 25, 2023, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.      Movant holds an allowed claim, secured only by a mortgage lien on real estate which is not the principal residence of Debtor located at 1922 South Hall Street, Allentown, PA 18103.

3.      Movant is in the process of filing its Proof of Claim citing arrears in the amount of $1,849.02, and a total claim in the amount of $77,456.63.

4.      Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $0.00 to be paid to the Trustee through the Plan.

5.      The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6.      The Plan fails to comply with 11 U.S.C. § 1322.

7.      The Plan fails to comply with 11 U.S.C. § 1325.

8.      The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, FIRST HERITAGE FINANCIAL LLC respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

Dated:  July 21, 2023_____          BY:*/s/ Christopher A. DeNardo*
                                         CHRISTOPHER A. DeNARDO  78447
                                         LOGS Legal Group LLP
                                         3600 Horizon Drive, Suite 150
                                         King of Prussia, PA 19406
                                         (610) 278-6800/ fax (847) 954-4809

LLG File #:23-068663

                                         pabk@logs.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Higinio Mora<br>    Debtors.<br><br>_____<br><br>FIRST HERITAGE FINANCIAL LLC,<br>    Movant,<br><br>v.<br><br><br>Higinio Mora,<br>   Debtors/Respondent,<br>and<br>Scott Waterman, Trustee,<br>   Additional Respondent. | CHAPTER 13<br><br><br>BANKRUPTCY CASE NUMBER<br>23-11529-pmm |

## **CERTIFICATE OF SERVICE**

       I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of FIRST HERITAGE FINANCIAL LLC's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on July 21, 2023:

David F. Dunn, Esquire
21 South 9th Street
Allentown, PA 18102
Sent via electronic notification dunncourtpapers@choiceonemail.com

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Sent via electronic notification ecfmail@reeadingch13.com


       I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


                            */s/ Christopher A. DeNardo*
                           CHRISTOPHER A. DeNARDO  78447
                           LOGS Legal Group LLP
                           3600 Horizon Drive, Suite 150
                           King of Prussia, PA 19406
LLG File #:23-068663                   (610) 278-6800