Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11529-PMM**

Higinio Mora  
2412 Carbon Street  
Allentown  PA    18103

Petition Filed Date: 05/25/2023  
341 Hearing Date: 08/29/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $9,125.24 | $0.00 | $0.00 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $4,029.62 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $687.74 | $0.00 | $0.00 |
| 0 | DAVID F DUNN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | CARRINGTON MORTGAGE SVCS LLC<br>»» 004 | Mortgage Arrears | $58,386.90 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $664.33 | $0.00 | $0.00 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $739.25 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $3,073.66 | $0.00 | $0.00 |
| 8 | HYUNDAI LEASE TITLING TRUST<br>»» 008 | Unsecured Creditors | $395.42 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $7,987.60 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $1,263.45 | $0.00 | $0.00 |
| 11 | DISCOVER BANK<br>»» 011 | Unsecured Creditors | $13,335.75 | $0.00 | $0.00 |
| 12 | FIRST HERITAGE FINANCIAL LLC<br>»» 012 | Mortgage Arrears | $3,408.51 | $0.00 | $0.00 |
| 13 | FIRST HERITAGE FINANCIAL LLC<br>»» 013 | Mortgage Arrears | $2,444.12 | $0.00 | $0.00 |
| 14 | US BANK NA<br>»» 014 | Unsecured Creditors | $2,374.50 | $0.00 | $0.00 |
| 15 | FIRST HERITAGE FINANCIAL LLC<br>»» 015 | Mortgage Arrears | $1,849.02 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11529-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $670.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,340.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $40,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.