### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Higinio Mora | Debtor(s) | CHAPTER 13 |
| BankUnited N.A. | Movant | |
| vs. | | NO. 23-11529 PMM |
| Higinio Mora | Debtor(s) | |
| Scott F. Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 11th day of September, 2023 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2319 South Lumber Street, Allentown, PA 18103 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

All communications sent by the Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other loan workout, may be sent directly to Debtor.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge.