## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Higinio Mora<br>　　　　　Debtor(s) | BK NO. 23-11529 PMM<br><br>Chapter 13 |
| BankUnited N.A.<br>　　　　　Movant<br><br>　　vs.<br><br>Higinio Mora<br>　　　　　Respondent(s) | Hearing Date:  10/05/2023 |

## OBJECTION OF BANKUNITED N.A.
## TO CONFIRMATION OF CHAPTER 13 PLAN

BankUnited N.A. (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1.　On June 23, 2023, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $58,386.90.

2.　Debtor's Plan provides for payment in the amount of $33,000.00 towards the arrearage claim of the Secured Creditor.

3.　Debtor's Plan understates the amount of the Secured Creditor's claim by $25,386.90, and does not provide sufficient funding to pay said claim including present value interest.

4.　Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5.　In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, BankUnited N.A., prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: September 26, 2023

By: **/s/Denise Carlon**

　　　Denise Carlon, Esquire
　　　KML Law Group, P.C.
　　　The Lits Building
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 19106
　　　215-627-1322
　　　Attorney for Movant/Applicant