# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Higinio Mora** | | **CHAPTER 13** |
| | Debtor(s) | |
| **BankUnited N.A.** | Movant | |
| vs. | | **NO.** 23-11529 PMM |
| **Higinio Mora** | Respondent(s) | |
| **Scott F. Waterman** | Trustee | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by BankUnited N.A., it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge