**Fill in this information to identify the case:**

Debtor 1    Higinio Mora
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    23-11529 PMM

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:   Identify the Claim

1. **Who is the current creditor?**

   **BankUnited N.A.**
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**

   ☒ No
   ☐ Yes.  From whom?

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   **Carrington Mortgage Services, LLC**
   Name

   **1600 South Douglass Road**
   Number     Street

   **Anaheim, CA 92806**
   City           State         Zip Code

   **800-561-4567**
   Contact phone

   Contact Email

   Where should payments to the creditor be sent? (if different)

   **Carrington Mortgage Services, LLC**
   Name

   **1600 South Douglass Road**
   Number     Street

   **Anaheim, CA 92806**
   City           State         Zip Code

   **800-561-4567**
   Contact phone

   Contact Email

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. **Does this claim amend one already filed?**

   ☒ No
   ☐ Yes.  Claim number on court claims registry (if known) _____    Filed on  ___ / ___ / _____
                                                                                                   MM  /  DD  / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☒ No
   ☐ Yes.  Who made the earlier filing?

Official Form 410                                                   **Proof of Claim**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor **9239**

**7. How much is this claim?** $167,779.40

**Does this amount include interest or other charges?**

☐ No
☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Money Loaned**

**9. Is all or part of the claim secured?**

☐ No
☒ Yes.    The claim is secured by a lien on property.
**Nature of property: 2319 South Lumber Street Allentown, PA 18103**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:   Deed of Trust, Mortgage, Note**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:    $_____
**Amount of the claim that is secured:**    **$167,779.40**

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition: $58,386.90**

**Annual Interest Rate** (when case was filed)  6.000%

☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Case 23-11529-mmm   Doc 4812   Filed 06/23/23   Entered 09/26/23 15:10:14   Page 3 of 4
Case 23-11529-mmm   Claim 812   Filed 06/22/23   Desc Main 09/26/23 15:10:14   Page 3 of 4

Proof of Claim     Page 3 of 6

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☒ No

    ☐ Yes. *Check all that apply:*                                                **Amount entitled to priority**

    ☐ Domestic support obligations (including alimony and child support) under
    11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

    ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for
    personal, family, or household use. 11 U.S.C. § 507(a)(7).                    $_____

    ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the
    bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
    11 U.S.C. § 507(a)(4).                                                          $_____

    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).       $_____

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).            $_____

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.          $_____

    \* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   **06/22/2023**
                   MM / DD / YYYY

/s/ **Brian C. Nicholas, Attorney ID# 317240**
    Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | **Brian C. Nicholas** | |
| | First name            Middle name | Last name |
| Title | **Bankruptcy Attorney** | |
| Company | **KML Law Group, P.C.** | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | **701 Market Street, Suite 5000** | |
| | Number        Street | |
| | **Philadelphia**                              **PA**        **19106** |
| | City                                          State         ZIP Code |
| Contact phone | **201-549-5366**   Email **bnicholas@kmllawgroup.com** | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Higinio Mora | CHAPTER 13 |
| Debtor(s) | NO. 23-11529 PMM |

CERTIFICATE OF SERVICE

      I, the undersigned, attorney for BankUnited N.A. do hereby certify that true and correct copies of the foregoing Proof of Claim have been served June 23, 2023, by electronic filing upon those listed below:

Attorney for Debtor(s)
DAVID F. DUNN
David Dunn Law Offices PC
1248 W Hamilton Street
Allentown, PA 18102

***Bankruptcy Trustee***

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Date: June 23, 2023

                                        **/s/ Brian C. Nicholas**
                                        Brian C. Nicholas
                                        Attorney I.D. 317240
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        201-549-5366
                                        bnicholas@kmllawgroup.com

244

Bankruptcy Proof Of Claim - Form B 410A

**Mortgage Proof of Claim Attachment**

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 23-11529 | Principal balance: | $117,406.94 | Principal & interest due: | $29,252.27 | Principal & interest: | $713.47 |
| Debtor 1: | HIGINIO MORA | Deferred balance: | $0.00 | Prepetition fees due: | $8,722.23 | Monthly escrow: | $482.32 |
| Debtor 2: | | Interest due: | $23,831.09 | Escrow deficiency for funds advanced: | $17,819.14 | Private mortgage insurance: | $0.00 |
| | | Fees, costs due: | $8,722.23 | Projected escrow shortage: | $2,593.26 | Total monthly payment: | $1,195.79 |
| Last 4 digits to identify: | 9239 | Escrow deficiency for funds advanced: | $17,819.14 | | | | |
| Creditor: | BANKUNITED, N.A. | Less total funds on hand: | $0.00 | Less funds on hand: | $0.00 | | |
| | | | | | $58,386.90 | | |
| Servicer: | Carrington Mortgage Services, LLC | Total debt: | $167,779.40 | Total prepetition arrearage: | | | |
| Fixed accrual/daily simple interest/other: | 6.00000% FIXED | | | | | | |

Bankruptcy Proof Of Claim - Form B 410A

**Part 5 : Loan Payment History from First Date of Default**

| | | | | | | How Funds were Applied/Amount Incurred | | | | | | Balance After Amount Received/Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Contractual Payment amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Prin,int& esc past due balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to fees or charges | Unapplied Funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges balance | Unapplied funds Balance |
| 11/8/2019 | $1,174.32 | | $1,174.32 | 11/8/2019 Monthly Payment Incurred | | $1,174.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,658.62 | | $227.65 | $0.00 | $0.00 |
| 12/8/2019 | $1,174.32 | | $1,174.32 | 12/8/2019 Monthly Payment Incurred | | $2,348.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,658.62 | | $227.65 | $0.00 | $0.00 |
| 12/13/2019 | | $2,420.68 | | Payment Received | | $2,348.64 | $0.00 | $0.00 | $0.00 | $0.00 | $2,420.68 | $117,658.62 | | $227.65 | $0.00 | $2,420.68 |
| 12/13/2019 | $1,174.32 | | | 11/08/2019 Payment Applied | 12/8/2019 | $1,174.32 | $125.18 | $588.29 | $460.85 | $0.00 | -$1,174.32 | $117,533.44 | | $688.50 | $0.00 | $1,246.36 |
| 12/13/2019 | $1,174.32 | | | 12/08/2019 Payment Applied | 1/8/2020 | $0.00 | $125.80 | $587.67 | $460.85 | $0.00 | -$1,174.32 | $117,407.64 | | $1,149.35 | $0.00 | $72.04 |
| 12/13/2019 | | -$71.34 | | Fee Paid | | $0.00 | $0.00 | $0.00 | $0.00 | -$71.34 | $0.00 | $117,407.64 | | $1,149.35 | $0.00 | $0.70 |
| 12/13/2019 | | -$0.70 | | Principal Curtailment | | $0.00 | $0.70 | $0.00 | $0.00 | $0.00 | -$0.70 | $117,406.94 | | $1,149.35 | $0.00 | $0.00 |
| 1/8/2020 | $1,174.32 | | $1,174.32 | 01/08/2020 Monthly Payment Incurred | | $1,174.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | $1,149.35 | $0.00 | $0.00 |
| 1/8/2020 | | | | 01-2020 Late Charge Assessed | | $1,174.32 | $0.00 | $0.00 | $0.00 | -$35.67 | $0.00 | $117,406.94 | | $1,149.35 | -$35.67 | $0.00 |
| 2/8/2020 | $1,174.32 | | $1,174.32 | 02/08/2020 Monthly Payment Incurred | | $2,348.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | $1,149.35 | -$35.67 | $0.00 |
| 2/8/2020 | | | | 02-2020 Late Charge Assessed | | $2,348.64 | $0.00 | $0.00 | $0.00 | -$35.67 | $0.00 | $117,406.94 | | $1,149.35 | -$71.34 | $0.00 |
| 3/2/2020 | | | | City Taxes | | $2,348.64 | $0.00 | $0.00 | -$1,582.93 | $0.00 | $0.00 | $117,406.94 | | -$433.58 | -$71.34 | $0.00 |
| 3/8/2020 | $1,174.32 | | $1,174.32 | 03/08/2020 Monthly Payment Incurred | | $3,522.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$433.58 | -$71.34 | $0.00 |
| 3/8/2020 | | | | 03-2020 Late Charge Assessed | | $3,522.96 | $0.00 | $0.00 | $0.00 | -$35.67 | $0.00 | $117,406.94 | | -$433.58 | -$107.01 | $0.00 |
| 3/20/2020 | | | | PROPERTY INSPECTION FEE | | $3,522.96 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$433.58 | -$127.01 | $0.00 |
| 4/8/2020 | $1,174.32 | | $1,174.32 | 04/08/2020 Monthly Payment Incurred | | $4,697.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$433.58 | -$127.01 | $0.00 |
| 5/5/2020 | | | | County Taxes | | $4,697.28 | $0.00 | $0.00 | -$513.43 | $0.00 | $0.00 | $117,406.94 | | -$947.01 | -$127.01 | $0.00 |
| 5/8/2020 | $1,174.32 | | $1,174.32 | 05/08/2020 Monthly Payment Incurred | | $5,871.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$947.01 | -$127.01 | $0.00 |
| 6/8/2020 | $1,232.69 | | $1,232.69 | 06/08/2020 Monthly Payment Incurred | | $7,104.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$947.01 | -$127.01 | $0.00 |
| 7/8/2020 | $1,232.69 | | $1,232.69 | 07/08/2020 Monthly Payment Incurred | | $8,336.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$947.01 | -$127.01 | $0.00 |
| 8/8/2020 | $1,232.69 | | $1,232.69 | 08/08/2020 Monthly Payment Incurred | | $9,569.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$947.01 | -$127.01 | $0.00 |
| 8/14/2020 | | | | School Taxes | | $9,569.67 | $0.00 | $0.00 | -$2,835.68 | $0.00 | $0.00 | $117,406.94 | | -$3,782.69 | -$127.01 | $0.00 |
| 9/8/2020 | $1,232.69 | | $1,232.69 | 09/08/2020 Monthly Payment Incurred | | $10,802.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$3,782.69 | -$127.01 | $0.00 |
| 9/24/2020 | | | | Hazard Insurance | | $10,802.36 | $0.00 | $0.00 | -$542.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$127.01 | $0.00 |
| 10/8/2020 | $1,232.69 | | $1,232.69 | 10/08/2020 Monthly Payment Incurred | | $12,035.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$127.01 | $0.00 |
| 11/8/2020 | $1,232.69 | | $1,232.69 | 11/08/2020 Monthly Payment Incurred | | $13,267.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$127.01 | $0.00 |
| 11/8/2020 | | | | 11-2020 Late Charge Assessed | | $13,267.74 | $0.00 | $0.00 | $0.00 | -$35.67 | $0.00 | $117,406.94 | | -$4,324.69 | -$162.68 | $0.00 |
| 12/7/2020 | | | | PROPERTY INSPECTION FEE | | $13,267.74 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$182.68 | $0.00 |
| 12/8/2020 | $1,232.69 | | $1,232.69 | 12/08/2020 Monthly Payment Incurred | | $14,500.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$182.68 | $0.00 |
| 12/8/2020 | | | | 12-2020 Late Charge Assessed | | $14,500.43 | $0.00 | $0.00 | $0.00 | -$35.67 | $0.00 | $117,406.94 | | -$4,324.69 | -$218.35 | $0.00 |
| 12/21/2020 | | | | PROPERTY REGISTRATION | | $14,500.43 | $0.00 | $0.00 | $0.00 | -$340.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$558.35 | $0.00 |
| 12/28/2020 | | | | FCL TITLE SERVICES | | $14,500.43 | $0.00 | $0.00 | $0.00 | -$325.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$883.35 | $0.00 |
| 1/7/2021 | | | | FCL ATTORNEY FEES | | $14,500.43 | $0.00 | $0.00 | $0.00 | -$50.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$933.35 | $0.00 |
| 1/8/2021 | $1,232.69 | | $1,232.69 | 01/08/2021 Monthly Payment Incurred | | $15,733.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$933.35 | $0.00 |
| 1/25/2021 | | | | PROPERTY INSPECTION | | $15,733.12 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$953.35 | $0.00 |
| 2/8/2021 | $1,232.69 | | $1,232.69 | 02/08/2021 Monthly Payment Incurred | | $16,965.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$953.35 | $0.00 |
| 2/11/2021 | | | | FILING FEES | | $16,965.81 | $0.00 | $0.00 | $0.00 | -$184.50 | $0.00 | $117,406.94 | | -$4,324.69 | -$1,137.85 | $0.00 |
| 2/11/2021 | | | | FCL ATTORNEY FEES | | $16,965.81 | $0.00 | $0.00 | $0.00 | -$800.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$1,937.85 | $0.00 |
| 2/17/2021 | | | | FCL SERVICE COSTS | | $16,965.81 | $0.00 | $0.00 | $0.00 | -$67.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$2,004.85 | $0.00 |
| 2/17/2021 | | | | FCL ATTORNEY FEES | | $16,965.81 | $0.00 | $0.00 | $0.00 | -$480.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$2,484.85 | $0.00 |
| 3/8/2021 | $1,232.69 | | $1,232.69 | 03/08/2021 Monthly Payment Incurred | | $18,198.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$4,324.69 | -$2,484.85 | $0.00 |
| 3/10/2021 | | | | City Taxes | | $18,198.50 | $0.00 | $0.00 | -$1,582.93 | $0.00 | $0.00 | $117,406.94 | | -$5,907.62 | -$2,484.85 | $0.00 |
| 4/8/2021 | $1,232.69 | | $1,232.69 | 04/08/2021 Monthly Payment Incurred | | $19,431.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$5,907.62 | -$2,484.85 | $0.00 |
| 4/19/2021 | | | | PROPERTY INSPECTION | | $19,431.19 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$5,907.62 | -$2,504.85 | $0.00 |
| 5/8/2021 | $1,232.69 | | $1,232.69 | 05/08/2021 Monthly Payment Incurred | | $20,663.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$5,907.62 | -$2,504.85 | $0.00 |
| 5/10/2021 | | | | County Taxes | | $20,663.88 | $0.00 | $0.00 | -$513.43 | $0.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$2,504.85 | $0.00 |
| 6/8/2021 | $1,191.77 | | $1,191.77 | 06/08/2021 Monthly Payment Incurred | | $21,855.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$2,504.85 | $0.00 |
| 7/8/2021 | $1,189.93 | | $1,189.93 | 07/08/2021 Monthly Payment Incurred | | $23,045.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$2,504.85 | $0.00 |
| 7/12/2021 | | | | PROPERTY INSPECTION | | $23,045.58 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$2,524.85 | $0.00 |
| 8/8/2021 | $1,189.93 | | $1,189.93 | 08/08/2021 Monthly Payment Incurred | | $24,235.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$2,524.85 | $0.00 |
| 8/11/2021 | | | | FCL MEDIATION 1ST SESSION | | $24,235.51 | $0.00 | $0.00 | $0.00 | -$700.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$3,224.85 | $0.00 |
| 8/12/2021 | | | | PROPERTY INSPECTION | | $24,235.51 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$6,421.05 | -$3,244.85 | $0.00 |
| 8/25/2021 | | | | School Taxes | | $24,235.51 | $0.00 | $0.00 | -$2,920.79 | $0.00 | $0.00 | $117,406.94 | | -$9,341.84 | -$3,244.85 | $0.00 |
| 9/8/2021 | $1,189.93 | | $1,189.93 | 09/08/2021 Monthly Payment Incurred | | $25,425.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,341.84 | -$3,244.85 | $0.00 |
| 9/9/2021 | | | | Hazard Insurance | | $25,425.44 | $0.00 | $0.00 | -$593.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,244.85 | $0.00 |
| 9/9/2021 | | | | PROPERTY INSPECTION | | $25,425.44 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,264.85 | $0.00 |
| 10/8/2021 | $1,189.93 | | $1,189.93 | 10/08/2021 Monthly Payment Incurred | | $26,615.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,264.85 | $0.00 |
| 10/11/2021 | | | | PROPERTY INSPECTION | | $26,615.37 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,284.85 | $0.00 |
| 11/8/2021 | $1,189.93 | | $1,189.93 | 11/08/2021 Monthly Payment Incurred | | $27,805.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,284.85 | $0.00 |
| 11/8/2021 | | | | PROPERTY INSPECTION | | $27,805.30 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,304.85 | $0.00 |
| 12/1/2021 | | | | PROPERTY REGISTRATION | | $27,805.30 | $0.00 | $0.00 | $0.00 | -$240.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,544.85 | $0.00 |
| 12/8/2021 | $1,204.64 | | $1,204.64 | 12/08/2021 Monthly Payment Incurred | | $29,009.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,544.85 | $0.00 |
| 12/9/2021 | | | | PROPERTY INSPECTION | | $29,009.94 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,564.85 | $0.00 |
| 1/8/2022 | $1,204.64 | | $1,204.64 | 01/08/2022 Monthly Payment Incurred | | $30,214.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,564.85 | $0.00 |
| 1/20/2022 | | | | PROPERTY INSPECTION | | $30,214.58 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,584.85 | $0.00 |
| 2/8/2022 | $1,204.64 | | $1,204.64 | 02/08/2022 Monthly Payment Incurred | | $31,419.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$3,584.85 | $0.00 |
| 2/17/2022 | | | | FCL SHERIFF'S FEES AND COSTS | | $31,419.22 | $0.00 | $0.00 | $0.00 | -$1,500.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$5,084.85 | $0.00 |
| 2/17/2022 | | | | FCL ATTORNEY FEES | | $31,419.22 | $0.00 | $0.00 | $0.00 | -$66.84 | $0.00 | $117,406.94 | | -$9,934.84 | -$5,151.69 | $0.00 |
| 2/22/2022 | | | | PROPERTY VALUATION | | $31,419.22 | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$5,251.69 | $0.00 |
| 3/8/2022 | $1,204.64 | | $1,204.64 | 03/08/2022 Monthly Payment Incurred | | $32,623.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$9,934.84 | -$5,251.69 | $0.00 |
| 3/24/2022 | | | | City Taxes | | $32,623.86 | $0.00 | $0.00 | -$1,582.93 | $0.00 | $0.00 | $117,406.94 | | -$11,517.77 | -$5,251.69 | $0.00 |
| 3/30/2022 | | | | FCL SERVICE COSTS | | $32,623.86 | $0.00 | $0.00 | $0.00 | -$58.00 | $0.00 | $117,406.94 | | -$11,517.77 | -$5,309.69 | $0.00 |
| 4/8/2022 | $1,204.64 | | $1,204.64 | 04/08/2022 Monthly Payment Incurred | | $33,828.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$11,517.77 | -$5,309.69 | $0.00 |
| 4/13/2022 | | | | FCL TITLE FEES | | $33,828.50 | $0.00 | $0.00 | $0.00 | -$250.00 | $0.00 | $117,406.94 | | -$11,517.77 | -$5,559.69 | $0.00 |
| 5/8/2022 | $1,204.64 | | $1,204.64 | 05/08/2022 Monthly Payment Incurred | | $35,033.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$11,517.77 | -$5,559.69 | $0.00 |
| 5/9/2022 | | | | PROPERTY INSPECTION | | $35,033.14 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$11,517.77 | -$5,579.69 | $0.00 |
| 5/18/2022 | | | | County Taxes | | $35,033.14 | $0.00 | $0.00 | -$513.43 | $0.00 | $0.00 | $117,406.94 | | -$12,031.20 | -$5,579.69 | $0.00 |
| 6/8/2022 | $1,204.64 | | $1,204.64 | 06/08/2022 Monthly Payment Incurred | | $36,237.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$12,031.20 | -$5,579.69 | $0.00 |
| 6/9/2022 | | | | PROPERTY INSPECTION | | $36,237.78 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$12,031.20 | -$5,599.69 | $0.00 |
| 7/7/2022 | | | | PROPERTY INSPECTION | | $36,237.78 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$12,031.20 | -$5,619.69 | $0.00 |
| 7/8/2022 | $1,204.64 | | $1,204.64 | 07/08/2022 Monthly Payment Incurred | | $37,442.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$12,031.20 | -$5,619.69 | $0.00 |
| 8/8/2022 | $1,180.98 | | $1,180.98 | 08/08/2022 Monthly Payment Incurred | | $38,623.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$12,031.20 | -$5,619.69 | $0.00 |
| 8/19/2022 | | | | School Taxes | | $38,623.40 | $0.00 | $0.00 | -$3,075.58 | $0.00 | $0.00 | $117,406.94 | | -$15,106.78 | -$5,619.69 | $0.00 |
| 8/29/2022 | | | | PROPERTY INSPECTION | | $38,623.40 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$15,106.78 | -$5,639.69 | $0.00 |
| 9/8/2022 | $1,180.98 | | $1,180.98 | 09/08/2022 Monthly Payment Incurred | | $39,804.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,106.78 | -$5,639.69 | $0.00 |
| 9/12/2022 | | | | Hazard Insurance | | $39,804.38 | $0.00 | $0.00 | -$616.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$5,639.69 | $0.00 |
| 9/26/2022 | | | | FILING FEES | | $39,804.38 | $0.00 | $0.00 | $0.00 | -$36.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$5,675.69 | $0.00 |
| 9/27/2022 | | | | FCL SHERIFF'S FEES AND COSTS | | $39,804.38 | $0.00 | $0.00 | $0.00 | -$1,500.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$7,175.69 | $0.00 |
| 9/28/2022 | | | | FCL CERTIFIED MAIL FEES | | $39,804.38 | $0.00 | $0.00 | $0.00 | -$33.54 | $0.00 | $117,406.94 | | -$15,722.78 | -$7,209.23 | $0.00 |
| 10/3/2022 | | | | FCL RECORDATION COSTS | | $39,804.38 | $0.00 | $0.00 | $0.00 | -$825.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,034.23 | $0.00 |
| 10/8/2022 | $1,180.98 | | $1,180.98 | 10/08/2022 Monthly Payment Incurred | | $40,985.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,034.23 | $0.00 |
| 10/17/2022 | | | | FCL PROCEEDINGS COSTS | | $40,985.36 | $0.00 | $0.00 | $0.00 | -$58.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,092.23 | $0.00 |
| 10/31/2022 | | | | PROPERTY INSPECTION | | $40,985.36 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,112.23 | $0.00 |
| 11/8/2022 | $1,180.98 | | $1,180.98 | 11/08/2022 Monthly Payment Incurred | | $42,166.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,112.23 | $0.00 |
| 11/9/2022 | | | | FCL TITLE FEES | | $42,166.34 | $0.00 | $0.00 | $0.00 | -$75.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,187.23 | $0.00 |
| 11/16/2022 | | | | PROPERTY REGISTRATION | | $42,166.34 | $0.00 | $0.00 | $0.00 | -$240.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,427.23 | $0.00 |
| 11/28/2022 | | | | PROPERTY INSPECTION | | $42,166.34 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,447.23 | $0.00 |
| 12/8/2022 | $1,222.75 | | $1,222.75 | 12/08/2022 Monthly Payment Incurred | | $43,389.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,447.23 | $0.00 |
| 1/6/2023 | | | | FCL RECORDATION COSTS | | $43,389.09 | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,547.23 | $0.00 |
| 1/8/2023 | $1,222.75 | | $1,222.75 | 01/08/2023 Monthly Payment Incurred | | $44,611.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,547.23 | $0.00 |
| 2/8/2023 | $1,222.75 | | $1,222.75 | 02/08/2023 Monthly Payment Incurred | | $45,834.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,547.23 | $0.00 |
| 2/27/2023 | | | | PROPERTY INSPECTION | | $45,834.59 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,567.23 | $0.00 |
| 3/4/2023 | | | | PROPERTY VALUATION | | $45,834.59 | $0.00 | $0.00 | $0.00 | -$95.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,662.23 | $0.00 |
| 3/8/2023 | $1,222.75 | | $1,222.75 | 03/08/2023 Monthly Payment Incurred | | $47,057.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$15,722.78 | -$8,662.23 | $0.00 |
| 3/14/2023 | | | | City Taxes | | $47,057.34 | $0.00 | $0.00 | -$1,582.93 | $0.00 | $0.00 | $117,406.94 | | -$17,305.71 | -$8,662.23 | $0.00 |
| 3/30/2023 | | | | PROPERTY INSPECTION | | $47,057.34 | $0.00 | $0.00 | $0.00 | -$30.00 | $0.00 | $117,406.94 | | -$17,305.71 | -$8,692.23 | $0.00 |
| 4/8/2023 | $1,222.75 | | $1,222.75 | 04/08/2023 Monthly Payment Incurred | | $48,280.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$17,305.71 | -$8,692.23 | $0.00 |
| 5/1/2023 | | | | PROPERTY INSPECTION | | $48,280.09 | $0.00 | $0.00 | $0.00 | -$30.00 | $0.00 | $117,406.94 | | -$17,305.71 | -$8,722.23 | $0.00 |
| 5/8/2023 | $1,222.75 | | $1,222.75 | 05/08/2023 Monthly Payment Incurred | | $49,502.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $117,406.94 | | -$17,305.71 | -$8,722.23 | $0.00 |
| 5/9/2023 | | | | County Taxes | | $49,502.84 | $0.00 | $0.00 | -$513.43 | $0.00 | $0.00 | $117,406.94 | | -$17,819.14 | -$8,722.23 | $0.00 |