# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Higinio Mora**<br>　　　　　　　　　**Debtor(s)** | CHAPTER 13<br>BK. NO. 23-11529 PMM |
| **BankUnited N.A.**<br>　　　　　　　　　**Movant**<br>　　　vs.<br>**Higinio Mora**<br>　　　　　　　　　**Respondent(s)** | |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **September 26, 2023**.

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

David F. Dunn
David Dunn Law Offices PC
1248 W Hamilton Street
Allentown, PA 18102

Higinio Mora
2412 South Carbon Street
Allentown, PA 18103

Date: September 26, 2023

By: **/s/Denise Carlon**

　　　Denise Carlon, Esquire
　　　KML Law Group, P.C.
　　　The Lits Building
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 19106
　　　215-627-1322
　　　Attorney for Movant/Applicant