United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 23-11529-pmm

Higinio Mora                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                          Page 1 of 3

Date Rcvd: Oct 05, 2023                        Form ID: pdf900                                Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Higinio Mora, 2412 S Carbon Street, Allentown, PA 18103-6738 |
| 14786698 | + | BankUnited N.A., C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14785161 | + | Citi Financial Visa, Attn.: V. P. Bankruptcy, P.O. Box 9001037, Louisville KY 40290-1037 |
| 14799207 | + | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14785151 | | First Heritage Financial LLC, Attn LOGS Legal Group LLP, 3600 Horizon Z/Drive Suite 150, King of Prussia PA 19406 |
| 14799939 | + | First Heritage Financial LLC, c/o Christopher A DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14785159 | + | Home Depot, Attn.: V. P. Card Services, 1951 Glenwood St, Allentown PA 18103-5539 |
| 14785154 | + | Hyundai Finance & Leasing, c/o Finance Manager, 675 State Ave, Emmaus PA 18049-3029 |
| 14785155 | + | J P Morgan Chase Bank Visa, Attn.: V. P. Bankruptcy, PO Box 6294, Carol Stream IL 60197-6294 |
| 14787637 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |
| 14785173 | + | Pa Dept. of Revenue, Attn: Attorney General, Strawberry Square, 15th Floor, Harrisburg PA 17120-0001 |
| 14785166 | + | State Farm Card Member Services, Attn.: V.P. Bankruptcy, P.O. Box 790408, St. Louis MO 63179-0408 |
| 14785158 | + | Wells Fargo Discover, Attn.: V. P. Bankruptcy, P.O.Box 6103, Carol Stream IL 60197-6103 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 06 2023 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2023 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14785162 | | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 00:43:08 | American Express, Attn.: V. P. Bankruptcy, P.O. Box 96001, Los Angeles CA 90096-8000 |
| 14801069 | | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 00:32:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14790198 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 06 2023 00:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14792670 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 06 2023 00:31:00 | BankUnited N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14785167 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 06 2023 00:42:57 | Capital One, Attn.: V. P. Bankruptcy, PO Box 30285, Salt Lake City UT 84130-0285 |
| 14788067 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 06 2023 00:32:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14802954 | | Email/Text: mrdiscen@discover.com | Oct 06 2023 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14804583 | + | Email/Text: bankruptcy@midwestloanservices.com | Oct 06 2023 00:31:00 | FIRST HERITAGE FINANCIAL LLC, c/o |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Oct 05, 2023 | Form ID: pdf900 | Total Noticed: 31

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Midwest Loan Services, P.O. Box 209, 6th Floor, Hancock, MI 49930-0209 |
| 14785152 | + | Email/Text: bankruptcy@midwestloanservices.com | Oct 06 2023 00:31:00 | First Heritage Financial LLC, c/o Midwest Loan Services, 400 Quincy Street 6th Floor, Hancock MI 49930-1839 |
| 14798276 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 06 2023 00:31:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14790082 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 06 2023 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14797553 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 00:32:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785172 | ^ | MEBN | Oct 06 2023 00:26:26 | Lehigh County Tax Claim Bureau, Attn.: Director, 17 S 7th Street, Allentown PA 18101-2401 |
| 14798102 | + | Email/PDF: ebnotices@pnmac.com | Oct 06 2023 00:32:02 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14805011 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 06 2023 00:31:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14798530 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 06 2023 00:31:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785174 | | Internal Revenue Service, Attn: Special Procedures Officer, 600 Arch St., P |
| cr | *+ | First Heritage Financial Llc, PO Box 209, 6th Floor, Hancock, MI 49930-0209 |
| cr | *+ | First Heritage Financial Llc, PO Box 209, 6th Floor, Hancock, MI 49930-0209 |
| 14799208 | *+ | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14799210 | *+ | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14804615 | *+ | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14804618 | *+ | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14805349 | *+ | FIRST HERITAGE FINANCIAL LLC, c/o Midwest Loan Services, P.O. Box 209, 6th Floor, Hancock, MI 49930-0209 |
| 14799941 | *+ | First Heritage Financial LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14799943 | *+ | First Heritage Financial LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| CHRISTOPHER A. DENARDO | on behalf of Creditor First Heritage Financial Llc logsecf@logs.com |
| DAVID F. DUNN | on behalf of Debtor Higinio Mora dunncourtpapers@uigzone.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor BankUnited N.A. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

    Higinio Mora

                               Bankruptcy No. 23-11529-PMM

             Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 5, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE